CROWLY v. THORNBROUGH, COMM'R. OF LABOR.

5-998                                                    291 S. W. 2d 500

Opinion delivered June 18, 1956.

*Mehaffy, Smith* and *Williams* and *B. S. Clark,* for appellant.

Appellee *pro se.*

*Tom Gentry,* Attorney General and *Roy Finch, Jr.,* Asst. Atty. General for Intervenor.

PER CURIAM. This appeal is from an order sustaining defendant's demurrer to the complaint without any further action by the trial court. It is not a final and appealable order, and the appeal must therefore be dismissed as premature. It is so ordered. See *Atkins* v. *Graham,* 99 Ark. 496, 138 S. W. 878 and other cases cited in *Arkansas State Board of Architects* v. *Larsen,* ante page 536, 291 S. W. 2d 269.